**Anthony Payne SILER, Plaintiff— Appellant,**

v.

**Michael W. BELL; R.H. Futrell; R. White; T.L. Underwood; Sargeant Johnson; Sargeant Smith; Correctional Officer Barrett; Correctional Officer Stallings; R. Strickland; Hattie B. Pimpong, Defendants—Appellees.**

No. 03–7492.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2004.

Decided: July 14, 2004.

Anthony Payne Siler, Appellant pro se.

James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Payne Siler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Siler v. Bell,* No. CA–02–534–5 (E.D.N.C. Sept. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*